JAMES A. SAVILLE, JR. (JS-4835)
CASPAR F. EWIG (CE-4027)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006-3739



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

GERLING-KONZERN ALLGEMEINE
VERSICHERUNGS A.G.

   Plaintiff,

 - against –

CSX TRANSPORTATION, INC.

   Defendant.

-------------------------------------------------------X

Index No.:

**07 CIV 7865**

JUDGE LEISURE

**RULE 7.1 STATMENT**

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (private, non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

**Gerling-Konzern Allgemeine Versicherungs, A.G. is a subsidiary of Talanx, A.G.**

Dated: New York, New York
   September 6, 2007

         HILL RIVKINS & HAYDEN LLP
         Attorneys for Plaintiff

         By: _____
          James A. Saville, Jr. (JS-4835)
         45 Broadway – Suite 1500
         New York, New York 10006-3739