**DeOrchis, Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, N.Y. 10006-2802
(212) 444-4700

Attorneys for Defendant
CSX TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERLING-KONZERN ALLGEMEINE
VERSICHERUNGS A.G.,

                                                      Plaintiff,

- against -

CSX TRANSPORTATION, INC.

                                                      Defendant.
------------------------------------------------------------X

**07 CIV 7865 Judge Leisure**

**RULE 7.1 STATEMENT**

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for CSX TRANSPORTATION, INC. (a private non-governmental party) certifies that defendant CSX Transportation, Inc. is a wholly-owned subsidiary of its parent corporation, CSX Corporation. CSX Corporation is a publicly held corporation. There are no entities that own 10% or more of CSX Corporation.

Dated: New York, New York
        November   , 2007

                                      De ORCHIS, WIENER & PARTNERS, LLP
                                      Attorneys for Defendant CSX Transportation, Inc.
                                      61 Broadway, 26th Floor
                                      New York, N.Y. 10006-2802
                                      Tel: 212-344-4700

2

                                                   By:      s/ William E. Lakis
                                                          William E. Lakis, Esq. (WL 9355)

**OF COUNSEL:**
DeOrchis, Hillenbrand, Wiener & O'Brien, LLP
By:        s/ Hyman Hillenbrand
     Hyman Hillenbrand (HH-2869)
     8751 West Broward Blvd., Suite 203
     Fort Lauderdale, FL 33324
     Tel. (954) 652-0100
     Fax. (954) 652-0103